**Troy D. DREW, Petitioner–Appellant,**

v.

**S.K. YOUNG, Warden, Respondent–Appellee.**

No. 02–6993.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 19, 2002.

Decided Sept. 30, 2002.

Troy D. Drew, Appellant Pro Se. Mary Kathleen Beatty Martin, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Troy D. Drew seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion and conclude on the reasoning of the district court that Drew has not made a substantial showing of the denial of a constitutional right. *See Drew v. Young,* No. CA–01–303 (E.D. Va. June 12, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*